ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney (CBN 129676)
      Federal Building, Suite 7516AA
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-6606
      Facsimile: (213) 894-5900
      E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **No. SACV 13-1145-JVS(PLAx)** |
|---|---|
| Plaintiff, | [SACR 05-0036-JVS] |
| v. | [~~PROPOSED~~] ORDER FOR APPEARANCE OF JUDGMENT DEBTOR |
| KENNETH KETNER, | |
| Defendant. | |

///

///

///

///

///

///

///

///

///

1    Pursuant to the request of the United States, IT IS ORDERED
2 that KENNETH KETNER shall appear personally before Hon. Paul L.
3 Abrams, United States Magistrate Judge, in Courtroom G, located
4 on the 9th floor of the United States Courthouse,
5 312 North Spring Street, Los Angeles, California 90012; on
6 **January 14, 2014**, at 10:00 a.m., to furnish information to aid
7 in enforcement of a money judgment.

8    The Judgment Debtor Kenneth Ketner is also ordered to bring
9 with her the documents or objects on the attached list.

10 DATED: November 6, 2013.

11

12 _____
   UNITED STATES MAGISTRATE JUDGE

13

14 **NOTICE TO JUDGMENT DEBTOR.** IF YOU FAIL TO APPEAR AT THE TIME
   AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
15 AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN
   ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES
16 INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING. CAL. CODE
17 CIV. PROC. § 708.110(e).

18
   Presented by:
19

20 ANDRÉ BIROTTE JR.
   United States Attorney
21 LEON W. WEIDMAN
   Assistant United States Attorney
22 Chief, Civil Division

23
   __/s/ *Zoran J. Segina*____
24 ZORAN J. SEGINA
   Assistant United States Attorney
25
   Attorneys for Plaintiff
26

27

28

-1-

**LIST OF DOCUMENTS REQUESTED**

Twenty categories of documents are requested, as follows:

1. Bank statements for the past 24 months from all banks, or other financial institutions, where you, or your spouse, have an account of any kind.

2. Business records for the present year and past calendar year which reflects assets, liabilities, gross receipt and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3. Bank statements for the past 24 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.

4. All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

5. All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

6. All stocks, bonds, or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities.

7. Titles and registration certificates to all motor vehicles, aircraft and watercraft owned by you or your spouse.

8. All life insurance policies in which you are either the insured or the beneficiary.

///

9. All promissory notes held by you or your spouse, and all other documents evidencing any money owed to you or your spouse either now or in the future.

10. All deeds, bills of sale or other documents prepared or used in connection with any transfer of real property or personal property made by you, either by gift, sales, or otherwise within the last five years.

11. Books of deposit, passbooks or other documents setting forth all deposits or receipts made by you or for your benefit in any savings and loan accounts, certificates of deposit or checking or other bank accounts for the past three years.

12. Books of deposit, cancelled checks, bank statements, check registers and other documents setting forth all disbursements made by you from any savings accounts, savings and loan accounts, certificates of deposit or checking accounts.

13. Copies of all financial statements and loan applications submitted by you within the last five years for the purpose of obtaining credit.

14. Payroll records and records of earnings showing all earnings of and sums received by you for the past three years. Said record is to include salary, bonuses, expense account, automobile reimbursement, and other things of value received by you. Said record should detail each pay period for gross earnings and all deductions from said gross earnings.

15. Documents concerning any income received or receivable by you from any source whatsoever other than current earnings for the past three years.

///

-3-

16. Records of all sums on deposit to your credit in a credit union and/or any company savings account or plan of any type or description.

17. All records and court papers concerning any lawsuits in which you are involved in any manner.

18. Your federal and state income tax returns, including W-2 Forms and supporting schedules, for the past three years.

19. All documents in the possession of under your control tending to establish your monthly expenses for the following: rent, food and household supplies, utilities, telephone, laundry and cleaning, clothing, medical, dental, insurance (life, healthy, accident, etc.), school, entertainment, incidentals, transportation, auto expenses, (insurance, gas, oil, repair, etc.) and installment payments, including cancelled checks showing payments of said charges, any and all bills, receipts, charge account statements and charge account receipts directly relating to said expenditures.

20. All financial statements for yourself, any member of your immediate family, or any business or partnership in which you have any ownership interest, filed or created from during the last five years.