# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  SA CV 13-1145-JVS (PLAx)                                                                   Date January 14, 2014

Title: United States of America v. Kenneth Ketner

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | CourtSmart | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR CREDITOR:**  
Zoran J. Segina, AUSA

**ATTORNEYS PRESENT FOR JUDGMENT DEBTORS:**  
H. Dean Steward, Esq.

**PROCEEDINGS:**        (JUDGMENT DEBTOR EXAM)

Case called.  Parties made appearances.  Judgment debtor Kenneth Ketner appeared and sworn.

cc:    Counsel of record

: 05

Initials of Deputy Clerk    ch

CV-90 (10/98)                                     CIVIL  MINUTES  -  GENERAL